UNITED STATES DISTRICT COURT　　　　　　JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-5573-DMG (SSx) | Date | February 17, 2012 |
|---|---|---|---|
| Title | Justin Nelson, et al.  v. Wells Fargo Bank NA, et al. | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   IN CHAMBERS  -  ORDER AND NOTICE TO PARTIES

On January 30, 2012, the Court ordered plaintiffs to show cause in writing, no later than February 13, 2012, why the above entitled action should not be dismissed for failure to prosecute.  To date, plaintiffs have not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.