UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 11-5573-DMG (SSx) | Date | February 17, 2012 |
|---|---|---|---|
| Title | Justin Nelson, et al. v. Wells Fargo Bank NA, et al. | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  
NONE PRESENT

Attorneys Present for Defendants:  
NONE PRESENT

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

On January 30, 2012, the Court ordered plaintiffs to show cause in writing, no later than February 13, 2012, why the above entitled action should not be dismissed for failure to prosecute. To date, plaintiffs have not complied with this order.

Accordingly, good cause appearing the Court **DISMISSES** this action without prejudice pursuant to Local Rule 41-1 for failure to prosecute and failure to comply with an order of this Court.

IT IS SO ORDERED.